**UNITED STATES DISTRICT COURT,
DISTRICT OF KANSAS
KANSAS CITY**

| | |
|---|---|
| DAN WILKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CV-2430 JWL/JPO |
| ) | |
| MANN BRACKEN LLC. ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

DAN WILKINSON (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against MANN BRACKEN LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant does business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Lenexa, Johnson County, Kansas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in Rockville, Montgomery County, Maryland.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Defendant threatened to take legal action against Plaintiff by if Plaintiff did not pay the alleged debt.

14. Defendant called Plaintiff from 800-817-3214, 800-422-5196, and 866-224-0630.

15. Defendant called Plaintiff on Plaintiff's cell phone.

16. Defendant called Plaintiff and hung up without leaving a voicemail message.

17. Defendant calls Plaintiff and does not provide meaningful disclosure of the caller's identity

18. Defendant failed to disclose in subsequent communications that the call was from a debt collector (See transcribed voicemail messages attached as Exhibit A).

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiffs repeatedly and continuously with the intent to annoy, abuse, and harass.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff.

    e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector.

    f. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

20. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, DAN WILKINSON, respectfully requests judgment be entered against Defendant, MANN BRACKEN LLC., for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

23. Actual damages,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

Plaintiff designates Kansas City as place for trial.

          RESPECTFULLY SUBMITTED,

          By: /s/ Patrick Cuezze
          [ ] Patrick Cuezze
          Attorneys for Plaintiff
          Krohn & Moss, Ltd.
          10474 Santa Monica Blvd.
          4th Floor
          Los Angeles, CA 90025
          (816) 931-0911 (direct)
          e-mail: pcuezze@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DAN WILKINSON, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, DAN WILKINSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAN WILKINSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

7/21/09
Date

DAN WILKINSON

# **EXHIBIT A**

Mr. Dan, this is Mr. Hannah giving you a call from Mann Bracken Attorneys at Law.  Telephone number here 1-800-422-5196, extension is 2545.

Hi, this message is for Dan Wilkinson, my name is Jessica Luke and I am a debt collector with Mann Bracken Attorneys at Law. Please return this call at 866-224-0630, extension 2646.  I will be available today between the hours of 8 a.m. and 5 p.m. Eastern Time and it is important that this call is returned in a timely fashion as it is a time sensitive matter.

This message is for Dan Wilkinson.  This is Ms. Gilmore at the attorney's office, Mann Bracken Attorneys at Law.  I am trying to reach you.  My number is 1-800-817-3214, extension 2523. Please call me back.  Thank you.  Have a good day.  Bye, bye.

Dan Wilkinson, this is Tammy Grave.  I am with the Law Office of Mann Bracken.  The toll free number here is 1-800-817-3214.  Dan Wilkinson, return the call to the Law Office of Mann Bracken. The toll free number here is 1-800-817-3214.  I am in extension 2604, Tammy Grave.  Thank you.

Message is for Dan Wilkinson.  This is Ms. Pious calling from the Law Office of Mann Bracken.  It is very important that you return my call today.  Reach me at 1-800-817-3214, extension 2463.  That number again is 1-800-817-3214, extension 2463. Thank you.

Hello, this message is for Dan Wilkinson.  This is S. D. Clemens, a debt collector from Mann Bracken Attorneys at Law. Please return my call at 800-817-3214, extension 2491.  That is 800-817-3214, extension 2491.  Hours of operation are Monday through Friday from 8 a.m. to 9 p.m., Saturday 8 a.m. to 5 p.m. When calling, reference number 83000060.  That is 83000060. Thank you and have a great day.

Hello, this message belongs to Mr. Dan Wilkinson. Mr. Wilkinson, this is Kinesia Jones, a debt collector for Mann Bracken Attorneys at Law. It is very important that you do return my call today. That toll free number is 1-800-817-3214, extension 2528. The telephone number again is 1-800-817-3214, my extension is 2528. Again, hours of operation here are Monday through Friday from 8 a.m. to 9 p.m. Thank you.

Hello, this message is for Dan Wilkinson. My name is S. D. Clemens, a debt collector from Mann Bracken Attorneys at Law. Please return my call at 800-817-3214, extension 2491. That is 800-817-3214, extension 2491. The hours of operation are Monday through Friday from 8 a.m. to 9 p.m., Saturday 8 a.m. to 5 p.m. When calling, reference number 83000060. That is 83000060. This is a time sensitive matter. It does require your immediate attention. It could also be beneficial to you, but I must speak with you concerning the matter.

This _____ Dan Wilkinson. This is Ms. Jones trying to reach you. Sir I am calling with Mann Bracken's Attorneys at Law. I am a debt collector. I need a return call from you at my office. I am the account manager, _____ my office number 2597. I do need to speak with you. Again that number is 800-817-3214, extension 2597

Hello, this message is for Dan Wilkinson, this is S. D. Clemens, a debt collector for Mann Bracken Attorneys at Law. Please return my call at 800-817-3214, extension 2491. That is 800-817-3214, extension 2491. Hours of operation are Monday to Friday from 8 a.m. and 9 p.m., Saturday 8 a.m. to 5 p.m. When calling, reference number 83000060. This is a time sensitive matter that does require your immediate attention. Thank you. Have a great day.

Hello, this message is for Dan Wilkinson, this is S. D. Clemens, a debt collector for Mann Bracken Attorneys at Law.  Please return my call at 800-817-3214, extension 2491.  That is 800-817-3214, extension 2491.  Hours of operation are Monday to Friday from 8 a.m. and 9 p.m., Saturday 8 a.m. to 5 p.m.  When calling, reference number 83000060.  This is a time sensitive matter that does require your immediate attention.  Thank you.  Have a great day.


This important message is for Dan Wilkinson.  Mr. Wilkinson, please call me back at 1-866-224-0330, extension number is 2649.  This is Andreas calling from the Law Firm of Mann Bracken.

# EXHIBIT B

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / **NO**
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — YES / **NO**
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — YES / **NO**
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — YES / **NO**
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 7/21/09

_____
Signed Name

Daniel J. Wilkinson
Printed Name