AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| DAN WILKINSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  09-2430-JWL |
| | ) | |
| MANN BRACKEN, L.L.P. | ) | |
| *Defendant* | | |

AMENDED
**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to the Judgment Offer Acceptance (doc. 4) and the court's Memorandum and Order (doc. 11), the Judgment entered on 10/06/2009 is amended as follows: Judgment is entered in favor of the Plaintiff Dan Wilkinson against defendant Mann Bracken, L.L.P., in the amount of $1,001.00, plus $1055.00 in attorneys fees and $350.00 in court costs for a total of $2406.00.

This action was *(check one)*:

☐  tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐  tried by _____ without a jury and the above decision was reached.

☐  decided by _____ on a motion for _____

Date:  January 21, 2010

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Sharon Scheurer
*Signature of Clerk or Deputy Clerk*